MICHAEL A. LAURENSON (190023)
ADAM B. SUGARMAN (238470)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI BROOKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendant. | CASE NO. C07-2662 (BZ)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, FRCP 12(b)(1)(6)<br><br>Date:　　　September 19, 2007<br>Courtroom:　G, 15th Floor<br>Time:　　　10:00 a.m.<br>Judge:　　Hon. Bernard Zimmerman |

　　　Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Defendant")'s Motion to Dismiss plaintiff's First Amended Complaint came on regularly for hearing before this Court in Courtroom G, 15th Floor on September 19, 2007 at 10:00 a.m., the Honorable Bernard Zimmerman presiding. Adam B. Sugarman of Gordon & Rees LLP appeared on behalf of Defendant. Curtis G. Oler appeared on behalf of Plaintiff.

　　　After full consideration of the submitted papers and oral argument by counsel, IT IS ORDERED that, Defendant's Motion to Dismiss is GRANTED based on Eleventh Amendment sovereign immunity.

　　　IT IS SO ORDERED.

Dated:_____, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE OF THE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

UCR/1046470/2488876v.1

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS – CASE NO. C07-2662 (BZ)

<u>PROOF OF SERVICE</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On July 31, 2007, I served the within documents:

[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, FRCP 12(b)(1)(6)

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

>   Curtis G. Oler
>   Law Offices of Curtis G. Oler
>   P.O. Box 15083
>   San Francisco, CA 94115

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 31, 2007, at San Francisco, California.

_____<br>Bob Lieberman