# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 1, 2007

To:  **Curtis Gilbert Oler, Esq.**
Law Offices of Curtis G. Oler
Post Office Box 15083
San Francisco, CA 94115

**Michael Alan Laurenson**
Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111

Re: Brandi Brooks v. Board of Regents of the University of California
C07-2662 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for August 27, 2007 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:  /s/ Lashanda Scott
     Lashanda Scott
     Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd