UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Brandi Brooks,

    Plaintiff(s).         No. C07-2662 BZ

  v.            NOTICE OF IMPENDING
                REASSIGNMENT TO A UNITED
                <u>STATES DISTRICT COURT JUDGE</u>

Board of Regents of the University of
California,

    Defendant(s).       /

   The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

   (1) One or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of

all parties, the necessary consents have not been secured, and time is of the essence.

   The Case Management Conference set on **August 27, 2007** at **4:00 p.m.** is hereby

**VACATED**. Defendant's Motion to Dismiss set on **September 19, 2007** at **10:00 a.m.** is

hereby **VACATED**.

Dated:  August 2, 2007

              Richard W. Wieking, Clerk
              United States District Court

              *Lashanda Scott*

              By: Lashanda Scott - Deputy Clerk to
              Magistrate Judge Bernard Zimmerman

reassign.DCT