1  MICHAEL A. LAURENSON (190023)
   ADAM B. SUGARMAN (238470)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  THE REGENTS OF THE
   UNIVERSITY OF CALIFORNIA
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | BRANDI BROOKS,                          ) CASE NO. C07-2662 (CRB)
   |                                         )
11 |               Plaintiff,                ) **[PROPOSED] ORDER GRANTING**
   |                                         ) **DEFENDANT THE REGENTS'**
12 |     vs.                                 ) **MOTION TO DISMISS FIRST**
   |                                         ) **AMENDED COMPLAINT, FRCP**
13 | BOARD OF REGENTS OF THE UNIVERSITY OF   ) **12(b)(1)(6)**
   | CALIFORNIA,                             )
14 |                                         ) Date:       September 14, 2007
   |               Defendant.                ) Courtroom:  8, 19th Floor
15 |                                         ) Time:       10:00 a.m.
                                               Judge:      Hon. Charles R. Breyer
16

17        Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Defendant")'s

18 Motion to Dismiss plaintiff's First Amended Complaint came on regularly for hearing before this

19 Court in Courtroom 8, 19th Floor on September 14, 2007 at 10:00 a.m., the Honorable Charles R.

20 Breyer presiding.  Adam B. Sugarman of Gordon & Rees LLP appeared on behalf of Defendant.

21 Curtis G. Oler appeared on behalf of Plaintiff.

22        After full consideration of the submitted papers and oral argument by counsel, IT IS

23 ORDERED that, Defendant's Motion to Dismiss is GRANTED based on Eleventh Amendment

24 sovereign immunity.

25        IT IS SO ORDERED.

26 Dated:_____, 2007

27                                              _____
                                                JUDGE OF THE UNITED STATES
28                                              DISTRICT COURT

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS – CASE NO. C07-2662 (CRB)

- 2 -

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On August 3, 2007, I served the within documents:

[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, FRCP 12(b)(1)(6)

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

    Curtis G. Oler
    Law Offices of Curtis G. Oler
    P.O. Box 15083
    San Francisco, CA 94115

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 3, 2007, at San Francisco, California.

                                                        /s/ Bob Lieberman
                                                        Bob Lieberman