```
MICHAEL A. LAURENSON (190023)
ADAM B. SUGARMAN (238470)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI BROOKS,<br><br>    Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | CASE NO. C07-2662 (CRB)<br><br>**RE-NOTICE OF DEFENDANT THE REGENTS' MOTION TO DISMISS, FRCP 12(b)(1)(6)**<br><br>Date:          October 5, 2007<br>Courtroom: 8, 19th Floor<br>Time:          10:00 a.m.<br>Judge:         Hon. Charles R. Breyer |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on October 5, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above-entitled court, Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA will and hereby does move the Court to dismiss plaintiff's claims for failure to state a claim upon which relief may be granted.

Plaintiff's causes of action for violation of 42 U.S.C. 1981 and the California Fair Employment and Housing Act ("FEHA") are barred on the ground of sovereign immunity under the Eleventh Amendment.

This Motion is based on this Re-Notice of Motion, the previously filed Memorandum of Points and Authorities, and the pleadings and papers filed herein.

///

///

| | | |
|---|---|---|
| 1 | Dated: August 8, 2007 | GORDON & REES, LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | MICHAEL A. LAURENSON<br>Attorneys for Defendant |
| 5 | | THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On August 8, 2007, I served the within documents:

RE-NOTICE OF DEFENDANT THE REGENTS' MOTION TO DISMISS, FRCP 12(b)(1)(6)

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

    Curtis G. Oler
    Law Offices of Curtis G. Oler
    P.O. Box 15083
    San Francisco, CA 94115

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 8, 2007, at San Francisco, California.

                                                /s/ Bob Lieberman
                                                Bob Lieberman