CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 84115
Telephone: 415 346-8015
Facsimile: 415 346-8238

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDI BROOKS, ) | NO. C-07-2662-CRB |
| ) | |
| Plaintiff, ) | STATEMENT OF NO OPPOSITION TO MOTION |
| ) | TO DISMISS |
| VS. ) | |
| ) | Date: October 5, 2007 |
| BOARD OF REGENTS OF THE ) | Time: 2:30 P.M. |
| UNIVERSITY OF CALIFORNIA, ) | Ctrm: |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Plaintiff hereby states no opposition to Defendant's Motion to Dismiss set for hearing herein on October 5, 2007.

Dated: September 14, 2007                        Respectfully submitted.

                                                /s/ Curtis G. Oler

                                                _____
                                                CURTIS G. OLER
                                                Attorney for Plaintiff
                                                  Brandi Brooks

Statement of No Opposition                    1