MICHAEL A. LAURENSON (190023)
ADAM B. SUGARMAN (238470)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI BROOKS,<br><br>           Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>           Defendant. | CASE NO. C07-2662 (CRB)<br><br>**DEFENDANT'S REPLY TO PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS, FRCP 12(b)(1)(6)**<br><br>Date:        October 5, 2007<br>Courtroom:  8, 19th Floor<br>Time:       10:00 a.m.<br>Judge:      Hon. Charles R. Breyer |

Based on plaintiff's Statement of Non-Opposition, filed on September 14, 2007, Defendant hereby requests that the Court grant Defendant's Motion to Dismiss and dismiss the action without a hearing.

Dated: September 19, 2007

GORDON & REES, LLP

By: *[signature]*
MICHAEL A. LAURENSON
Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

- 1 -