IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDI BROOKS,

    Plaintiff,

v.

BOARD OF REGENTS,

    Defendant.
_____/

No. C 07-02662 CRB

**ORDER**

    Now pending before the Court is defendant's motion to dismiss based on Eleventh Amendment immunity. Plaintiff has filed a Notice of Non-Opposition to defendant's motion. Accordingly, this action is dismissed without prejudice on the immunity grounds raised in defendant's motion.

    **IT IS SO ORDERED.**

Dated: Sep. 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2662\orderofdismissal.wpd